GEORGE J. GLENDENNING, Individually and as Guardian ad Litem of GEORGE W. GLENDENNING, an Infant, Appellants, *v.* WALTER FELD, Defendant, and ELEANORE LENNEY et al., Respondents.

Argued October 11, 1955; decided November 23, 1955.

*Alfred M. Zisser* for appellants.

*Harold J. Tillou* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CONWAY, Ch. J., DESMOND, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ. Taking no part: DYE, J.